```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

Liberty Mutual Fire Insurance Co.,   :
                                     :      CIVIL ACTION
    Plaintiff,                 :      NO. 20-5093
                                     :
  v.                                 :
                                     :
Harleysville Worcester Ins. Co.,     :
                                     :
    Defendant.                 :

## O R D E R

**AND NOW**, this **10th** day of **March, 2021**, upon consideration of Defendant's Motion to Dismiss (ECF No. 10) and Plaintiff's response (ECF No. 15), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF No. 10) is **DENIED**. It is **FURTHER ORDERED** that Plaintiff's declaratory judgment claim as it pertains to Defendant's duty to indemnify is **STAYED** until further order of the Court. However, as agreed upon during a hearing on the record on March 9, 2021, the parties shall proceed with discovery on both the duty to indemnify and duty to defend claims while the duty to indemnify claim is otherwise stayed.

      **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**